# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| CHONG CHOE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and LIBERTY MUTUAL COMMERCIAL MARKET, <br><br> Defendants. | CAUSE NO.: 2:19-CV-348-TLS-JEM |

## OPINION AND ORDER

This matter is before the Court on an "Agreed Stipulation of Dismissal Without Prejudice" [ECF No. 29] submitted by Plaintiff and the sole remaining defendant, State Farm Mutual Automobile Insurance Company ("State Farm"). The parties move the Court to dismiss the claims against State Farm without prejudice. While the parties do not cite any legal authority, the motion appears to be brought under Federal Rule of Civil Procedure 41(a)(2), which allows for an action to be dismissed by court order "on terms that the court considers proper."

Because the Parties agree to the dismissal, the Court considers the terms proper and GRANTS the Parties' Agreed Stipulation of Dismissal Without Prejudice [ECF No. 29]. The Court ORDERS that Plaintiff's claims against Defendant State Farm be DISMISSED without prejudice. Because Plaintiff's claims against the other above-captioned Defendants were already dismissed [ECF No. 26, 27], no claims remain and the Clerk of Court is directed to close the case.

SO ORDERED on December 17, 2019.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT